UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                      Case No. 19-cr-20771
                      Hon. Matthew F. Leitman

ANTHONY PROULX,

    Defendant.
_____/

### ORDER DENYING DEFENDANT'S MOTION TO COMPEL (ECF No. 30)

On April 22, 2020, Defendant Anthony Proulx filed a motion to compel the Government to obtain and produce video recordings from the September 18, 2019, stop and search of Proulx's vehicle. (*See* Mot. to Compel, ECF No. 30.)  The Government responded that no video recordings of the stop and search exist. (*See* Resp., ECF No. 32.)  For that reason, Proulx's motion is **DENIED**.

**IT IS SO ORDERED**.

                                        /s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  April 30, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 30, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
