UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
_____

UNITED STATE OF AMERICA,

        Plaintiff,                      Case No. 19-20771

vs.                                       HON: F. Kay Behm

ANTHONY PROULX,

        Defendant.
_____

## **MOTION AND BRIEF TO SEAL**

    NOW COMES Douglas R. Mullkoff who moves this Court for an order sealing Defendant's Sentencing Memorandum. It contains information about his testimony against another inmate and the motion should therefore be filed under seal.

                                    Respectfully Submitted,

Dated: 6/7/2024

                                    /s Douglas R. Mullkoff (P33252)
                                    Attorney for Defendant
                                    402 West Liberty Street
                                    Ann Arbor, MI 48103
                                    (734) 761-8585
                                    doug@kmhlaw.com
                                    (P33252)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

_____

UNITED STATE OF AMERICA,

        Plaintiff,                      Case No. 19-20771

vs.                                      HON: F. Kay Behm

ANTHONY PROULX,

        Defendant.

_____

## ORDER ALLOWING FILING OF SENTENCING MEMORANDUM UNDER SEAL

This Court being informed of the reason to seal set forth by counsel **HEREBY ORDERS** that counsel's sentencing memorandum, along with this motion and order, be filed under seal.

Date: June 10, 2024

                                                  s/F. Kay Behm
                                                  F. Kay Behm
                                                  U.S. District Court Judge